UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARLOS McGREW (#413135)                       CIVIL ACTION

VERSUS

LT. JOSHUA McQUEEN, ET AL.                    NO. 08-0187-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's action shall be dismissed, without prejudice, as a result of his failure to effect timely service upon the defendants as mandated by Rule 4 of the Federal Rules of Civil Procedure.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 13, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46323